USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/20/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

E.S. and G.S., individually and on behalf of their minor disabled son, D.S.,

Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION and KAMAR SAMUELS,

Defendants.

1:26-cv-06161-MKV

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of a letter filed by Defendants informing the Court that the parties have reached a settlement in principle, [ECF No. 8]. Accordingly, it is HEREBY ORDERED that the above-captioned action is discontinued without any costs to any party and without any prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize their settlement in writing and as long as the application to restore the action is made by November 19, 2026. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

**Date: October 20, 2026**
**New York, NY**

Mary Kay Vyskocil
MARY KAY VYSKOCIL
United States District Judge